**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-1401**

———————————

BRENDA L. MCINTYRE; TAMMY M. CARPENTER; DONNA
W. JOYNER; LISA MCCALL, individually and on
behalf of all other persons similarly
situated,

                                              Plaintiffs,

GEORGE I. REID,

                              Defendant - Appellant,

        versus

MICHAEL ESPY, SECRETARY OF AGRICULTURE,

                               Defendant - Appellee,

        and

NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES,

                                           Defendant.

———————————

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Greensboro. Richard C. Erwin, Senior
District Judge. (CA-94-184-2)

———————————

Submitted: May 15, 1997           Decided: May 28, 1997

———————————

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

George I. Reid, Appellant Pro Se. Gill Paul Beck, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for administration of assets. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Reid v. United States Dep't of Agric.</u>, No. CA-94-184-2 (M.D.N.C. Mar. 19, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2